# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KARRIE L. BAAB, :

    Plaintiff, :

        Case No. 3:10cv0136

vs. :

        District Judge Thomas M. Rose

MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
    Commissioner of the Social
    Security Administration, :

    Defendant. :

## DECISION and ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #6), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections has expired, hereby **ADOPTS** said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

1. The Report and Recommendations filed on August 27, 2010 (Doc. #6) is ADOPTED in full;

2. Plaintiff Karrie L. Baab's complaint (Doc. #1) is DISMISSED without prejudice for failure to prosecute; and

3. The case is TERMINATED on the docket of this Court.

September 15, 2010                              *s/THOMAS M. ROSE*

                                                 _____
                                                         Thomas M. Rose
                                                    United States District Judge